## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Solid Waste Services, Inc.,         :
d/b/a J.P. Mascaro & Sons,       :
                  Petitioner    :
                                :
          v.                :       No. 441 C.D. 2020
                                :
Workers' Compensation Appeal   :
Board (Boos),                   :
                Respondent    :

**PER CURIAM**                **O R D E R**

NOW, May 26, 2021, upon consideration of Petitioner's application for reargument/reconsideration, the application is denied.